MITCHELL J. WAZEN, Respondent, v. ROSE DUGGAN, Appellant.— Motion to omit certain papers from printed record on appeal granted; if the respondent deems it important to call to the attention of the court on the argument any of the papers which the appellant is relieved from printing, the papers may be handed to the court on the argument.

In the Matter of the Probate of the Last Will and Testament of MAUDE MAURER, Deceased.— Appeal dismissed unless appellant shall file and serve printed papers and briefs on appeal by September first.

In the Matter of the COMMITTEE ON CHARACTER AND FITNESS of Applicants for Admission to the Bar for the Seventh Judicial District.— Willis A. Matson, of Rochester, is appointed a member of the committee, in the place of James S. Havens, resigned.

FIRST NATIONAL BANK AND TRUST COMPANY OF CORNING, Respondent, v. MARY J. RUTLEDGE and Others, Appellants.— Motion granted, and appeal dismissed, with costs.

MARY J. RUTLEDGE, Appellant, v. FIRST NATIONAL BANK OF CORNING, Respondent.— Motion granted and appeal dismissed, with costs.

HARRY C. VORCE, Respondent, v. EDWARD T. MULLIN, Appellant.— Motion granted and appeal dismissed, with costs.

SPENCER KELLOGG & SONS, INC., Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted.

SYRACUSE UNIVERSITY, Respondent, v. GEORGE PAPPAS and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Construction of the Last Will and Testament of JOSEPHINE LOY, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.